In Matter of Gus Rothermel, Alleged to be a Mentally
Deficient Person, Appellant.

Gen. No. 11,018. 

Second District.
May 13, 1957.
Released for publication May 31, 1957.

 Thomas L.
Clinton, for appellant; Hon. Frank W. Curran, State's Attorney,
for appellee. Opinion by JUSTICE CROW. **Not to be published
in full.**